CASE NO. 21-13608

_____

# IN THE UNITED STATES COURT OF APPEALS

# FOR THE ELEVENTH CIRCUIT

JAMMIE PARKER

           Plaintiff/Appellee,

v.

TERI GALARDI

           Defendant/Appellant.

## ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

### CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT OF THE APPELLANT JAMMIE PARKER

THOMAS JOHN BUTLER
SUITE 235
MIAMI BEACH, FL 33139
(877) 847-1896

ATTORNEY FOR APPELLANT

1

CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT

Jammie Parker vs. Teri Galardi
Case No.: 21-13608

Appellant, Cedric Brown, files this Certificate of Interested Persons and Corporate Disclosure Statement, listing the parties and entities interested in this appeal, as required by 11th Cir. R. 26.1.

Ameera Brewer

Howard Brodsky, Esq.

Thomas J. Butler, Esq.

Ainsworth Dudley, Esq.

Astrid Evelyn Gabbe, Esq.

Teri Galardi

Jocelyn Johnson

Christopher J. Lynch, Esq.

Ebony Mayfield

Rashedah Mays

Angela Milner

Jammie Parker

Tiffany Thompson

Gerald Tobin, Esq.

United States District Judge Aileen M. Cannon

United States Magistrate Judge Alicia M. Otazo-Reyes

Marleka Williams

Shakir Williams

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed this <u>5th</u> day of November 2021 using CM/ECF and served via CM/ECF to appellee's counsel.

<u>/s/Thomas J. Butler</u>
Thomas J. Butler, Esq.
Florida Bar No.: 569178
Thomas Butler, P.A.
Attorney for Appellant
407 Lincoln Road, Suite 235
Miami Beach, Florida 33139
Phone: (877) 847-1896