# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 15, 2021

Thomas John Butler
Thomas Butler, Esq.
407 LINCOLN RD STE 300
MIAMI BEACH, FL 33139

Appeal Number: 21-13608-C
Case Style: Jammie Parker v. Teri Galardi
District Court Docket No: 1:20-cv-23230-AMC

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing, are available at www.ca11.uscourts.gov.**

We have not yet received the Civil Appeal Statement required by 11th Cir. R. 33-1(a)(1). That rule provides that appellant(s) [and cross-appellant(s)] "shall file with the clerk of the court of appeals, with service on all other parties, a completed Civil Appeal Statement within 14 days after filing the notice of appeal in this court." Civil Appeal Statement forms are available on the Internet at www.ca11.uscourts.gov, and as provided by 11th Cir. R. 33-1(a)(1).

You are hereby notified that upon expiration of fourteen (14) days from this date, this appeal will be dismissed by the clerk without further notice pursuant to 11th Cir. R. 42-1(b) unless appellant files a Motion to File the Civil Appeal Statement out of time with the completed Civil Appeal Statement attached as an exhibit to the motion.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Walter Pollard, C
Phone #: (404) 335-6186

CAS-3 CAS overdue